**Appeal Dismissed and Memorandum Opinion filed March 5, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00848-CV

## CRYSTAL MOORE, Appellant

### V.

## COPPERTREE VILLAGE HOLDINGS LLC D/B/A COPPERTREE VILLAGE, Appellee

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1140337**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed October 14, 2019. Appellant's brief was due December 23, 2019. No brief or motion to extend time to file the brief was filed.

On January 14, 2020, the court ordered appellant to file a brief by February 13, 2020. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b). No brief or

motion for extension of time to file the brief was filed.

Therefore, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.